No. 03–6149. SAVIDGE *v.* CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 03–6158. MASSENBURG *v.* CASON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–6165. SANDERS *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. (two judgments). Sup. Ct. Fla. Certiorari denied.

No. 03–6166. SCRUGGS *v.* HURLEY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–6168. WAWA ET AL. *v.* ASHCROFT, ATTORNEY GENERAL. C. A. 4th Cir. Certiorari denied.

No. 03–6170. QUILLAR *v.* BRINKMAN. C. A. 9th Cir. Certiorari denied.

No. 03–6171. LEONARD *v.* VIRGINIA. Ct. App. Va. Certiorari denied.

No. 03–6173. PORTER *v.* KEARNEY HOUSE ET AL. Ct. App. Ore. Certiorari denied.

No. 03–6175. PHELPS *v.* HELLING, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–6184. WILLIAMS *v.* SUPERIOR COURT OF CALIFORNIA, STANISLAUS COUNTY. C. A. 9th Cir. Certiorari denied.

No. 03–6185. JENKINS *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–6186. AMRHEIN-MACON *v.* MACON, ADMINISTRATOR OF THE ESTATE OF MACON, DECEASED. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 03–6188. THOMAS *v.* CITY OF CLEVELAND, OHIO, ET AL. C. A. 6th Cir. Certiorari denied.